# MATTHEW J. KLUGER
ATTORNEY AT LAW

---

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

May 18, 2020

<u>By ECF</u>
Honorable Vincent L. Briccetti
U.S. District Court Judge
United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      Re:    <u>United States v. Corey Latimer</u>
                S3 17 Cr. 505 (VB)

Dear Judge Briccetti:

      Sentencing in this matter is scheduled for June 18, 2020 at 11:00 a.m. I write now to notify the Court that I have spoken with Mr. Latimer by telephone and advised him that he has a right to be physically present in the courtroom at the time he is sentenced. Nevertheless, given the current public health crisis caused by the Covid-19 pandemic, Mr. Latimer has advised me that he does *not* wish to wait until the end of the emergency to be sentenced and is therefore willing to knowingly and voluntarily waive his physical appearance, and appear for sentencing either by video or telephone.

      Thank you.

                                    Respectfully,

                                    <u>/s/ **Matthew J. Kluger**</u>
                                    Matthew J. Kluger, Esq.

cc:      AUSA Emily Deininger